# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Byer Clinic of Chiropractic, Ltd.

                                Plaintiff,

v.                                                                    Case No.: 1:16–cv–04886

                                                                       Honorable Robert M. Dow Jr.

Systems4PT, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the notice of voluntary dismissal [18] filed on 12/9/2016, this action is dismissed with prejudice as to Plaintiff's individual claim and without prejudice as to class claims. Status hearing set for 12/20/2016 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.